247 So.2d 863

**Mrs. Dorothy VERNEUILLE, wife of/and David Wayne ADAMS**

**v.**

**The AMERICAN DRUGGISTS' INSUR-ANCE COMPANY et al.**

**No. 51401.**

May 24, 1971.

In re: The American Druggists' Insurance Co. and William E. Anderson applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of St. Bernard. 245 So.2d 808.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

■

247 So.2d 864

**ASSOCIATES DISCOUNT CORPORATION**

**v.**

**M. R. BANKSTON and Johnnie O. Bankston.**

**No. 51409.**

May 24, 1971.

In re: M. R. Bankston and Johnnie O. Bankston applying for certiorari or writ of

review to the Court of Appeal, First Circuit, Parish of Washington. 246 So.2d 335.

Writ refused. There is no error of law in the judgment complained of.